816

No. 105.  DAVISON CHEMICAL CORP. *v.* JOLIET CHEMICALS, INC. ET AL.  C. A. 7th Cir.  Certiorari denied. *Harold W. Norman* for petitioner.  *Jules L. Brady* and *John Rex Allen* for respondents.

No. 106.  SHIPPERS PRE-COOLING SERVICE *v.* MACKS. C. A. 5th Cir.  Certiorari denied.  *F. W. Davies* for petitioner.  *J. Kirkman Jackson* for respondent.

No. 107.  KREHER ET AL., TRUSTEES, *v.* UNITED STATES. Court of Claims.  Certiorari denied.  *Robert C. Handwerk* and *Frank E. Scrivener* for petitioners.  *Acting Solicitor General Raum, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States.

No. 112.  DE CRIGNIS VON WEDEL *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.  C. A. 3d Cir.  Certiorari denied.  *Robert P. Patterson* and *Francis J. Sypher* for petitioner.  *Solicitor General Perlman, Harold I. Baynton* and *George B. Searls* for respondent.

No. 113.  CHICAGO PNEUMATIC TOOL CO. *v.* HUGHES TOOL CO.  C. A. 10th Cir.  Certiorari denied.  *Floyd H. Crews* and *Raymond G. Mullee* for petitioner.  *George I. Haight* and *Robert F. Campbell* for respondent.

No. 115.  DALL *v.* JOHNSON, ADMINISTRATOR.  Appellate Court of Illinois, First District.  Certiorari denied. *Alexander Kahan, John J. O'Connor* and *Harry J. Pasternak* for petitioner.  *W. H. F. Millar* and *Egbert Robertson* for respondent.